UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SOPHIA LORRAINE DAIRE,<br><br>        Petitioner,<br><br>vs.<br><br>DEBRA JOHNSON, Warden,<br><br>        Respondent. | Case No. CV 16-2887 DMG(AJW)<br><br><br>JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

DATED: June 8, 2016

_____
DOLLY M. GEE
United States District Judge